UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH THOMAS MATEY,

    Plaintiff,

v.                                      Case No. 3:21cv411-LC-HTC

ERIC ESMOND and LISA ROY,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff Joseph Thomas Matey, a prisoner proceeding *pro se* and *in forma pauperis*, initiated this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983, based on Defendants' alleged deficient COVID-19 protocols at the Okaloosa County Jail. ECF Doc. 1. The matter was referred to the undersigned Magistrate Judge for preliminary screening and report and recommendation pursuant to 28 U.S.C. § 636 and N.D. Fla. Loc. R. 72.2(C). Upon consideration, the undersigned respectfully recommends this case be dismissed without prejudice for failure to prosecute and failure to comply with Court orders. Namely, Plaintiff failed to file an amended complaint as directed or respond to the Court's show cause order.

On March 8, 2021, Plaintiff filed a twenty-six (26) page civil rights complaint against Defendants. ECF Doc. 1. On May 21, 2021, the undersigned screened

Plaintiff's complaint under 28 U.S.C. §§ 1915(e)(2) and 1915A and found it failed to state a claim upon which relief could be granted. ECF Doc. 9. Namely, the factual allegations in Plaintiff's complaint were nearly identical to those alleged in *McDonald v. Mountain*, *et al.*, 3:20cv5665-MCR-HTC, a case which District Judge Rodgers dismissed, prior to service, for failure to state a claim.[1] *See* ECF Docs. 23, 24 (in *McDonald* case). Rather than recommend dismissal, however, the Court gave Plaintiff an opportunity to cure the deficiencies identified by filing an amended complaint. ECF Doc. 9. Plaintiff was advised that failure to comply with the Court's order may result in a recommendation that his case be dismissed. *Id.* at 22.

On June 18, 2021, rather than filing an amended complaint, Plaintiff filed an objection to the undersigned's amend order. ECF Doc. 10. The District Judge overruled Plaintiff's objection on June 23, 2021, finding that the undersigned's order requiring Plaintiff to file an amended complaint, was neither erroneous nor contrary to law. ECF Doc. 11. Plaintiff's objection did not stay the time for Plaintiff to comply with the undersigned's May 21, 2021, requiring him to file an amended complaint by June 21, 2021.

Thus, on July 12, 2021, the undersigned gave Plaintiff fourteen (14) days to show cause why this case should not be recommended for dismissal for failure to prosecute or comply with a Court order. ECF Doc. 12. Plaintiff was, once again,

---

[1] McDonald has filed a notice of appeal of the dismissal. *See* ECF Doc. 25 (in *McDonald* case).

Case No.: 3:21cv411-LC-HTC

advised that failure to respond to the order may result in a recommendation that his case be dismissed.  *Id.*  Plaintiff's deadline to respond the show cause order has passed without a response from Plaintiff.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with a Court order.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 4th day of August, 2021.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>  An objecting party must serve a copy of its objections upon all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No.: 3:21cv411-LC-HTC