UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH THOMAS MATEY,

    Plaintiff,

v.                                            Case No. 3:21cv411-LC-HTC

ERIC ESMOND and LISA ROY,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on August 4, 2021 (ECF No. 13). The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 13) is adopted and incorporated by reference in this order.

2.    This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure to comply with Court orders.

3. The clerk is directed to close this case.

**DONE AND ORDERED** this 13th day of September, 2021.

    *s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv411-LC-HTC